UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JOHN LOY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:24-cv-04157-JEH |
| GEORGE DAVIDSON, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

**Order**

This cause is before the Court on the Parties' pending motions.

Plaintiff has filed the instant motion for sanctions under Federal Rule of Civil Procedure 37 against Defendant Greg Donathan and his attorney. According to Plaintiff, Defendant Donathan has yet to comply with his discovery obligations and with the Court's September 4, 2025 Order, in that, Defendant Donathan has not provided his discovery responses to Plaintiff. Accordingly, Plaintiff asks the Court to sanction Defendant Donathan and his attorney.

In response, all Defendants have represented to the Court that, on October 21, 2025, they mailed all of their discovery responses to Plaintiff.

Based upon Defendants and their attorney's representation that they have now responded to all of Plaintiff's pending discovery requests, Plaintiff's motion for sanctions is denied as moot.

Finally, the Parties have indicated that additional discovery is necessary to prepare for trial and to prepare any dispositive motion(s) that may be filed. Accordingly, the Parties jointly asks the Court to extend the discovery deadline.

The Court grants the Parties' joint motion and will extend the discovery deadline as they request.

**IT IS, THEREFORE, ORDERED:**

1. **Plaintiff's motion for sanctions [45] is DENIED as moot.**

2. **The Parties' joint motion for an extension of time [50] is GRANTED.**

3. **Accordingly, the discovery deadline is reset to December 8, 2025, and the dispositive motion deadline is reset to January 8, 2026.**

*It is so ordered.*

Entered: October 28, 2025

s/Jonathan E. Hawley
U.S. District Judge